UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LINDA ROSI, et al.                                              :
                                                               :
                                                               :
                              Plaintiffs,                      :
                                                               :          19-cv-7118 (LJL)
              -v-                                              :          19-cv-8284 (LJL)
                                                               :          19-cv-10641 (LJL)
ROBERT FULCHER, et al.,                                        :          19-cv-10876 (LJL)
                                                               :
                              Defendants.                      :          ORDER
                                                               :
------------------------------------------------------------------------X

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:   4/27/2021         │
└────────────────────────────────┘
```

LEWIS J. LIMAN, United States District Judge:

The above captioned cases comprise two pairs of consolidate actions, which are filed as related.  Specifically, case Nos. 19-cv-7118 and 29-cv-8284 are consolidated under the former case number.  *See* No. 19-cv-7118, Dkt. No. 17.  Case Nos. 19-cv-10641 and 19-cv-10876 are consolidated under the former docket number.  *See* No. 19-cv-10641, Dkt. No. 8.  These two pairs of consolidated actions are filed as related.

The cases consolidated under No. 19-cv-10641 have been stayed pending the Court's decision on the motion to dismiss in No. 19-cv-7118.  *See* No. 19-cv-10641, Dkt. No. 11.  The Court decided the motion to dismiss on March 29, 2021.  *See* No. 19-cv-7119, Dkt. No. 51. Each of these cases was heretofore referred to Judge Cott for General Pretrial.

IT IS ORDERED that the Orders of Reference referring the above captioned cases to Judge Cott are hereby WITHDRAWN.  The Clerk of Court is respectfully directed to terminate the referral in each of these cases.

IT IS FURTHER ORDERED that the stays in effect in No. 19-cv-10641, *see* Dkt. No. 11, and No. 19-cv-10876, *see* Dkt. No. 9, are terminated.  The Clerk of Court is respectfully directed to lift the stays in those cases.

IT IS FURTHER ORDERED that the Court will hold a joint Initial Pretrial Conference in these related cases on May 13, 2021 at 11:00 a.m. by TELEPHONE CONFERENCE.  At that date and time the parties are directed to dial the Court's teleconference line at: 888-251-2909 (access code: 2123101).  By one week prior to conference, the parties are ORDERED to submit to the Court a proposed Case Management Plan and Scheduling Order which will govern the schedule in each of these actions.  A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  The proposed schedule in each pair of consolidated actions should be identical. Parties should consult the Individual Practices for guidance on the matters to be discussed at the

Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

Any objection to proceeding on the same schedule in each of these cases should be filed no later than April 29, 2021.

SO ORDERED.

Dated: April 27, 2021
      New York, New York

                                  LEWIS J. LIMAN
                         United States District Judge