**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA ROSI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACLARIS THERAPEUTICS, INC., NEAL WALKER, FRANK RUFFO, KAMIL ALI-JACKSON, and BRETT FAIR,<br><br>Defendants. | Civil Action No. 1:19-cv-7118 (LJL)<br><br>**Class Action** |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, JEREMY A. LIEBERMAN, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiff Robert Fulcher ("Plaintiff") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of July 30, 2021, with annexed exhibits.

3. Attached hereto as Exhibit 2 is a true and correct copy of the resume of Pomerantz LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2021, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeremy A. Lieberman*