UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA ROSI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACLARIS THERAPEUTICS, INC., NEAL WALKER, FRANK RUFFO, KAMIL ALI-JACKSON, and BRETT FAIR,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-7118 (LJL)<br><br>Class Action<br><br>**Motion Date: November 30, 2021** |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

**PLEASE TAKE NOTICE** that, upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated October 26, 2021, the accompanying Declaration of Jeremy A. Lieberman in Support of Lead Plaintiff's (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff, dated October 26, 2021, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff Robert Fulcher, through his undersigned attorneys, will move this Court, before the Honorable Lewis Liman, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, NY 10007-1312, on November 30, 2021, at 11:00 a.m., for an Order (1) approving the terms and conditions of the Stipulation of Settlement, dated July 30,

2021 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of all claims asserted by the Settlement Class against Defendants, (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and (3) entering Judgment dismissing this Action with prejudice. A proposed Final Judgment and Order of Dismissal with Prejudice granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

| | |
|---|---|
| Dated: October 26, 2021 | **POMERANTZ LLP** |
| | */s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>Brian Calandra<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: jalieberman@pomlaw.com<br>         bcalandra@pomlaw.com |
| | *Lead Counsel for Lead Plaintiff Robert Fulcher and the Settlement Class* |