```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
LINDA ROSI,                                                    :
                                                               :
                        Plaintiff,                             :
                                                               :                19-cv-7118 (LJL)
          -v-                                                  :
                                                               :                    ORDER
ACLARIS THERAPEUTICS, INC. et al,                              :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As the parties are aware, the settlement hearing int his case is scheduled for tomorrow, Tuesday, November 30, 2021.

    It is hereby ORDERED that, by 6:00 p.m. today, plaintiff is directed to provide the Court with:

- Citations for all cases in the past ten years in which the fee award in a securities class action represented 2:5 or less of the lodestar multiplier;

- Citations for cases in which the award to the lead plaintiff is less than $10,000 per lead plaintiff;

- Support for the hours that the lead plaintiff purportedly spent on the case; and

- Detailed contemporaneous time records to support the lodestar analysis.

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021